# RECORD OF FUNDS RECEIVED FOR DEPOSIT
# INTO REGISTRY ACCOUNT

TO: 1. *Intake Clerk* *

      2. *Case Administrator*

FROM: *Financial Administrator*

UC

DATE: **10-12-07**

CASE NAME: Bingham

CASE NUMBER: 04-2694-M

Check Number 549585 in the amount of $ 352.08 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 04773      Intake Clerk's Initials: MS

* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD</u> TO THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.*

*#4b-F*

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford Phillip J. McHale, III
Chief Counsel Chief Accountant

October 2, 2007

John J. Horner, Esquire OR John J. Horner, Esquire
Interim Clerk, U.S.B.C. Interim Clerk, U.S.B.C.
5414 U.S. Steel Tower U.S. Courthouse, Room B160
600 Grant Street 17 South Park Row
Pittsburgh PA 15219 Erie PA 16501

RE: BONNIE L. BINGHAM

Case No.: 04-26947 D

Dear Mr. Horner:

 I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

 These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

 ABN AMRO MRTG GRP/fka AMIC++
 ATTN: BANKRUPTCY DEPT*
 7159 CORKLAN DR*
 JACKSONVILLE FL 32258

CHECK NUMBER  549585 AMOUNT $ 354.08

 The disbursement(s) was returned to the Trustee for the following reason:

_____ a. Trustee has been unable to locate Creditor.

__X__ b. Creditor returned funds.

_____ c. Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
04-26947 D

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

Very truly yours,

RONDA J. WINNECOUR
for Standing Chapter 13 Trustee

cc: MICHAEL S GEISLER ESQ*
    BONNIE L. BINGHAM

    ABN AMRO MRTG GRP/fka AMIC++
    Creditor