# RECORD OF FUNDS RECEIVED FOR DEPOSIT
# INTO REGISTRY ACCOUNT

TO:     1. *Intake Clerk* *

          2. *Case Administrator*

FROM:   *Financial Administrator*

DATE: 4/2/2008    UC

CASE NAME: Bingham

CASE NUMBER: 04-26947

Check Number 574561 in the amount of $2137.86 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 05945     Intake Clerk's Initials /AL

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

08 APR -4 AM 10:50

#4b-F

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford
Chief Counsel

Phillip J. McHale, III
Chief Accountant

March 31, 2008

John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219

OR

John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie PA 16501

RE: BONNIE L. BINGHAM

Case No.: 04-26947 D

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

These funds are owned by the debtor(s). The Trustee issued the funds as a refund to the debtor(s). However, the following has occurred:

__X__ (a) The Trustee has been unable to locate the debtor(s).

_____ (b) The check became stale dated, not having been negotiated within 90 days of issue.

The following address represents the Trustee's best and most recent information:

BONNIE L. BINGHAM

2216 ORR DRIVE

APOLLO PA                    15613

CHECK NUMBER 574561    AMOUNT $ 2,137.86

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

Very truly yours,

RONDA J. WINNECOUR
for Standing Chapter 13 Trustee

cc: MICHAEL S GEISLER ESQ*
    BONNIE L. BINGHAM