# RECORD OF FUNDS RECEIVED FOR DEPOSIT
# INTO REGISTRY ACCOUNT

TO: 1. Intake Clerk *

       2. Case Administrator

FROM: Financial Administrator

DATE: 5·9·2008

UC

CASE NAME: Bingham

CASE NUMBER: 04-26947

Check Number 5T0814 in the amount of $1782.55 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 6164　　Intake Clerk's Initials DRB

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford							Phillip J. McHale, III
Chief Counsel								Chief Accountant

May 1, 2008

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh PA 15219 | OR | John J. Horner, Esquire<br>Clerk, U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie PA 16501 |

RE: BONNIE L. BINGHAM

Case No.: 04-26947 D

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

These funds are owned by the debtor(s). The Trustee issued the funds as a refund to the debtor(s). However, the following has occurred:

__X__ (a) The Trustee has been unable to locate the debtor(s).

_____ (b) The check became stale dated, not having been negotiated within 90 days of issue.

The following address represents the Trustee's best and most recent information:

BONNIE L. BINGHAM

2216 ORR DRIVE

APOLLO PA                    15613

CHECK NUMBER 578814           AMOUNT $ 1,782.55

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

Very truly yours,

RONDA J. WINNECOUR
for Standing Chapter 13 Trustee

cc: MICHAEL S GEISLER ESQ*
    BONNIE L. BINGHAM